IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

☒ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

APR 2 3 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ROBERT KUBICEK ARCHITECTS & ASSOCIATES, INC., an Arizona corporation,

    Plaintiff,

vs.

BRUCE C. BOSLEY and THE BOSLEY GROUP, INC., an Arizona corporation.

    Defendants.

**VERDICT**
Case No. 2:11-CV-02112-FB

1. Is The Bosley Group, Inc., liable to Robert Kubicek Architects & Associates, Inc., for direct copyright infringement?

    YES_____    NO __X__

*If you answered "NO," your verdict is complete. Do not answer Questions 2 and 3.*
*If you answered "YES," proceed to Questions 2 and 3.*

2. Is Bruce C. Bosley liable to Robert Kubicek Architects & Associates, Inc., for contributory copyright infringement?

    YES_____    NO_____

3. Is Bruce C. Bosley liable to Robert Kubicek Architects & Associates, Inc., for vicarious copyright infringement?

    YES_____    NO_____

*Have your foreperson sign and date this form, and return to the courtroom.*

Phoenix, Arizona
April 23, 2013

FOREPERSON _[signature]_