# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Kubicek Architects & Associates Incorporated, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| | ) | CV-11-2112-PHX-FB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Bruce C. Bosley, et al., | ) | |
| | ) | |
| Defendants. | | |

_X_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Jury's Verdict filed April 23, 2013, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing and this action is hereby terminated.

BRIAN D. KARTH
District Court Executive/Clerk

April 24, 2013

 s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)